IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMO LEPREE,<br><br>             Plaintiff,<br><br>     v.<br><br>CATHEDRAL HILL ASSOCIATES, L.P.;<br>CATHEDRAL HILL PLAZA; SEIU LOCAL<br>1877 and DOES 1 through 30,<br><br>             Defendants.<br>_____/ | No. C 05-03174 JSW<br><br>**ORDER CONTINUING HEARING<br>AND SETTING BRIEFING<br>SCHEDULE** |

   IT IS ORDERED that the motions to dismiss filed by defendants SEIU Local 187, Cathedral Hill Associates, L.P. and Cathedral Hill Plaza in the above captioned matter currently scheduled for hearing on October 28, 2005 are HEREBY CONTINUED to December 2, 2005 at 9:00 a.m.  The Court FURTHER ORDERS that any opposition to these motions shall be due on August 26, 2005, and movants' replies, if any, shall be due on September 2, 2005.

   If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date.  If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

   Lastly, the Court ORDERS that the Case Management Conference currently set for

November 18, 2005 is CONTINUED to December 2, 2005 to immediately follow the hearing on Defendants' motions.

**IT IS SO ORDERED.**

Dated: August 12, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE