**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMO LEPREE, | |
|     Plaintiff, | No. C 05-03174 JSW |
| v. | |
| CATHEDRAL HILL ASSOCIATES, L.P.; CATHEDRAL HILL PLAZA; SEIU LOCAL 1877 and DOES 1 through 30, | **ORDER ADVANCING August 29, 2005 HEARING AND SETTING BRIEFING SCHEDULE** |
|     Defendants. | |

IT IS ORDERED that the motion to remand filed by plaintiff Kimo Lepree in the above captioned matter currently scheduled for hearing on January 6, 2006 is HEREBY ADVANCED to December 2, 2005 at 9:00 a.m. The Court FURTHER ORDERS that any opposition to these motions shall be due on September 14, 2005, and movant's reply, if any, shall be due on September 21, 2005.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: August 30, 2005

JEFFREY S. WHITE
(by PHYLLIS J. HAMILTON)
UNITED STATES DISTRICT JUDGE