IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMO LEPREE,<br><br>      Plaintiff,<br><br>   v.<br><br>CATHEDRAL HILL ASSOCIATES, L.P.;<br>CATHEDRAL HILL PLAZA; SEIU LOCAL<br>1877 and DOES 1 through 30,<br><br>      Defendants. | No. C 05-03174 JSW<br><br>**ORDER VACATING HEARING DATE RE PLAINTIFF'S MOTION TO REMAND AND DEFENDANTS' MOTIONS TO DISMISS** |

Pursuant to Civil Local Rule 7-1(b), the Court finds that Plaintiff's motion to remand and Defendants' motions to dismiss, which have been noticed for hearing on Friday, December 2, 2005 at 9:00 a.m., are appropriate for decision without oral argument. Accordingly, the hearing date is HEREBY VACATED. The motions will be taken under submission and decided on the papers.

The Court FURTHER VACATES the Case Management Conference currently set for December 2, 2005. The Court will reschedule the Case Management Conference if necessary.

**IT IS SO ORDERED.**

Dated: November 30, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE